**Opinion filed April 17, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00371-CV

_____

## JERRY BOX, Appellant

## V.

## CITY OF GOLDSMITH, TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-134,288**

### M E M O R A N D U M   O P I N I O N

Appellant, Jerry Box, filed a notice of appeal on November 15, 2013. According to the district clerk, Appellant has not filed a designation of record, paid for the clerk's record, or made arrangements to pay for it. *See* TEX. R. APP. P. 35.3(a). We notified Appellant by letter that the clerk's record is past due, that Appellant must resolve this matter by April 8, 2014, and that this appeal would

be subject to dismissal if Appellant failed to timely resolve this matter. *See* TEX. R. APP. P. 37.3(b). Appellant has not done so.

Accordingly, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b), 42.3(b).

PER CURIAM

April 17, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.